**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dean DRUMMOND, a.k.a. Rayon Antonio Smith, a.k.a. Blacks, Defendant–Appellant.**

No. 06–13165.

United States Court of Appeals, Eleventh Circuit.

May 13, 2008.

Lisa A. Hirsch, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Ira N. Loewy, Bierman, Shohat & Loewy, Miami, FL, for Defendant–Appellant.

Before WILSON, COX and BOWMAN,[*] Circuit Judges.

PER CURIAM:

Dean Drummond appeals his convictions for (1) conspiracy to import 5 kilograms or more of a mixture containing cocaine and 100 kilograms or more of a mixture con-

---

[*] Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

taining marijuana, in violation of 21 U.S.C. § 963; (2) conspiracy to possess with intent to distribute cocaine and marijuana, in violation of 21 U.S.C. § 846; and (3) possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1). He argues that the district court erred by (1) admitting translated transcripts of conversations that did not contain a verbatim text of the conversations; (2) permitting a case agent to testify about coded words in the conspirators' recorded conversations; (3) finding that recordings of phone conversations obtained by wiretaps should not be suppressed; (4) denying his amended motion to suppress the wiretap evidence without conducting an evidentiary hearing; and (5) not granting a new trial despite a sleeping juror.

After a careful consideration of the briefs, review of the record on appeal, and having heard oral argument in the matter, we conclude that Drummond's arguments have no merit. Accordingly, we affirm the convictions.

**AFFIRMED.**